Signed: February 01, 2016
SO ORDERED
For the reasons stated on the record at a hearing
held on February 1, 2016.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| In re: | |
|---|---|
| **BALJIT KOCHHAR** | Case No. 14-17183-TJC |
| **Debtor.** | Chapter 7 |

### ORDER DISMISSING CASE WITH PREJUDICE FOR 2 YEARS

Upon consideration of the motion of Baljit Kochhar, Debtor, with the consent of the United States Trustee, to dismiss this case with a two-year ban on filing another bankruptcy either in her own name or in the name of another person, and any response thereto, and after due notice and hearing, and the Court finding that the relief requested is in the interest of justice, it is hereby

ORDERED that the Motion to Dismiss is GRANTED and that this case be and hereby is DISMISSED; and it is

FURTHER ORDERED that the Debtor may not file or otherwise initiate a bankruptcy case under 11 U.S.C. §§ 101 *et seq.*, either in her own name or the name of another person, for a period of two years from the date of entry of this Order.

Copies to:

Debtor
Counsel for Debtor (by CM/ECF)
U.S. Trustee (by CM/ECF)

END OF ORDER